IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SKY MIGUEL LITTLE COYOTE, | CV 25–103–BU–BMM |
| Plaintiff, | |
| vs. | ORDER |
| DR. VOLKOUINSKAIA, ET AL., | |
| Defendants. | |

On November 17, 2025, Plaintiff Sky Miguel Little Coyote, an inmate proceeding without counsel, lodged a civil rights complaint and moved to proceed in forma pauperis. (Docs. 1 and 2.) Little Coyote did not file a proper account statement from his current place of incarceration, as required by law, which was explained to him. (Docs. 3, 5, and 8.) *See also* 28 U.S.C. § 1915(a)(2). On January 14, 2026, Little Coyote was advised that if he did not file his account statement by February 2, 2026, his case would be closed. Little Coyote has not filed his account statement.

Accordingly, IT IS HEREBY ORDERED that this matter is closed for failure to pay the filing fee.

DATED this 23rd day of February, 2026.

_____
Brian Morris, Chief District Judge
United States District Court